## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-MJ-0004** |
| | : | |
| **JAMES PORTER** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge